*E-FILED - 3/19/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH DIGGS,<br><br>      Plaintiff,<br><br>      v.<br><br>CHERYL PLILER, Warden,<br>and THE ATTORNEY GENERAL OF THE<br>STATE OF CALIFORNIA<br><br>      Defendant. | No. C-99-20659 RMW<br><br>ORDER GRANTING IN PART REQUEST FOR CERTIFICATE OF APPEALABILITY AND ALLOWING PETITIONER TO PROCEED *IN FORMA PAUPERIS*<br><br>**[Re Docket Nos. 32, 33]** |

      Joseph Diggs petitions for a certificate of appealability under 28 U.S.C. § 2253(c) as to all issues raised in his petition for a writ of habeas corpus which was denied.

      An appeal may not be taken to the court of appeals from the final order in a habeas corpus proceeding in which the detention arises from a state court judgment without the issuance of a certificate of appealability. 28 U.S.C. § 2253. Such certificate may issue only if the applicant has made a substantial showing of the denial of a constitutional right. *Id.* The court must indicate which specific issue or issues satisfy the showing required. *Id.* In this case, the court finds that Diggs has made a substantial showing of the denial of a constitutional right on his claims of *Bruton* error and alleged ineffective assistance of counsel with respect to that claim. Petitioner's other claims do not

1  merit a certificate of appealability as they are without merit for the reasons given in the order
2  denying the petition.  The clerk shall transmit the file, including a copy of this order, to the Court of
3  Appeals.  *See* Fed. R. App. P. 22(b).
4      Diggs' request that this court allow him to proceed on appeal *in forma pauperis* is granted.

DATED:  3/19/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING IN PART REQUEST FOR CERTIFICATE OF APPEALABILITY AND ALLOWING PETITIONER TO PROCEED *IN FORMA PAUPERIS*
No. C-99-20659 RMW

2

**THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WAS PROVIDED TO:**

**Counsel for Petitioner:**

Marc Zilversmit
523 Octavia St.
San Francisco, CA 94102

Nina Wilder
Weinberg & Wilder
523 Octavia St.
San Francisco, CA 94102

**Counsel for Respondents:**

Gregory A. Ott
California State Attorney General's Office
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

Date:   3/19/07

_Jackie Lynn Garcia_
Chambers of Judge Whyte

ORDER GRANTING IN PART REQUEST FOR CERTIFICATE OF APPEALABILITY AND ALLOWING PETITIONER TO PROCEED *IN FORMA PAUPERIS*
No. C-99-20659 RMW

3